DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMERA FEDERAL 300, LTD,**
a Florida limited liability company,
Appellant,

v.

**SHOPPING CTR. INTEREST LLC**, a Florida limited liability company,
and **TAB 250, LTD,** a Florida limited partnership,
Appellees.

No. 4D18-327

[January 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 12-30344 (02).

Naomi R. Alzate and Robert A. Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellant.

Gaspar Forteza, Moises T. Grayson, and Edward Proenza of Blaxberg, Grayson, Kukoff & Forteza, P.A., Miami, for appellee Shopping Center Interest, LLC.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***